UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN KENNEDY**,<br><br>Plaintiff,<br><br>v.<br><br>**J.A. TERRIS, ET AL.**,<br><br>Defendants. | 2:19-cv-10537<br><br>HON. TERRENCE G. BERG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Plaintiff John Kennedy filed this civil rights suit pursuant to 42 U.S.C. § 1983. The matter was most recently before the Court on a Report and Recommendation (ECF No. 27) issued by Magistrate Judge Michael J. Hluchianuk. In an Order issued this same date, the Court adopted the Magistrate Judge's Report and Recommendation, thereby dismissing Plaintiff's Complaint for failure to prosecute.

Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Defendants Mario Bayoneto, Paul Harvey, and J.A. Terris. Plaintiff's claims are dismissed with prejudice.

Dated at Detroit, Michigan: June 18, 2020

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE